**EXHIBIT 2**

COMMONWEALTH OF MASSACHUSETTS
TRIAL COURT OF THE COMMONWEALTH
SUPERIOR COURT DEPARTMENT

BRISTOL, ss

| | |
|---|---|
| KABEER KHAN,<br>    Plaintiff | )<br>)<br>) |
| vs. | )   No: BRCV2014-<br>) |
| 7-ELEVEN, INC.,<br>    Defendant | )<br>)<br>) |

## PLAINTIFF'S MOTION TO APPOINT SPECIAL PROCESS SERVER

Now comes the Plaintiff, Kabeer Khan, by and through counsel, and moves this Honorable Court to appoint a special process server to serve the Defendant's resident agent for service of process. While the Complaint seeks injunctive relief initially, the Plaintiff may seek monetary damages at a later time. The damages sought would exceed the jurisdictional limits for service of process by a constable.

The Plaintiff respectfully requests that Moniz & Latimer Constable Service or some other disinterested third party be appointed to serve process in this matter.

Respectfully submitted,
Kabeer Khan
By his attorney,

_____
John P. Francoeur, Esquire
LEVIN & LEVIN
138 Rock Street/ P.O. Box 2566
Fall River, MA  02722
BBO#555973
August 12, 2014

*[Handwritten annotation in margin: 8/18/14 Allowed - /s/ Asst Clk]*