**EXHIBIT 3**

| SUMMONS AND ORDER OF NOTICE | 1473CV00851 | Trial Court of Massachusetts The Superior Court |
|---|---|---|

| CASE NAME: Kabeer Khan vs. 7-Eleven Inc | Marc J. Santos, Clerk of Court Bristol County |
|---|---|

| To: 7-Eleven Inc | COURT NAME & ADDRESS Bristol County Superior Court - Taunton 9 Court Street, Rm 13 Taunton, MA 02780 |
|---|---|

To the above named defendant(s):

You are hereby summoned and required to serve upon:

,

an answer to the complaint which is herewith served upon you. This must be done within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this Court at Taunton either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the defendant which arises out of the transaction or occurrence that is the subject matter of the defendant's claim or you will thereafter be barred from making such claim in any other action.

**WE ALSO NOTIFY YOU** that application for a Preliminary Injunction has been made in said action, as it appears in the complaint. A hearing on this matter has been scheduled for:

Date: 08/19/2014
Time: 02:00 PM
Event: Hearing on Preliminary Injunction
Session Location: Civil A (New Bedford) / Lower Courtroom

at which time you may appear and show cause why such application should not be granted.

| DATE ISSUED | CHIEF JUSTICE OF THE SUPERIOR COURT Witness: | ASSOCIATE JUSTICE | ASSISTANT CLERK |
|---|---|---|---|
| 08/12/2014 | Hon. Barbara J Rouse | Hon. Richard T Moses | X _(signature)_ |

**RETURN OF SERVICE**

I hereby certify and return that on _____, I served a copy of this summons, together with a copy of the Complaint.

PARTY NAME:
X

Date/Time Printed: 08-12-2014 16:22:04    SCV027\ 07/2014