# **EXHIBIT 5**

COMMONWEALTH OF MASSACHUSETTS
TRIAL COURT OF THE COMMONWEALTH
SUPERIOR COURT DEPARTMENT

BRISTOL, ss

| | |
|---|---|
| KABEER KHAN,<br> Plaintiff | )<br>)<br>) |
| vs. | ) No: BRCV2014- |
| 7-ELEVEN, INC.,<br> Defendant | )<br>)<br>)<br>) |

## PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF
## MRCP 65 (a)

  Now comes the Plaintiff, Kabeer Khan, by and through counsel, and moves this Honorable Court for a temporary restraining order pursuant to MRCP 65 (a). Plaintiff states that he will suffer immediate and irreparable injury if the Defendant is not restrained from ousting the Plaintiff from his 7-Eleven franchise on May 15, 2014. Defendant has engaged in activity designed to oust the Plaintiff from his store and thereby terminating his livlihood

  On August 7, 2014, the Plaintiff was served with a **Notice of Material Breach** by a representative of 7-Eleven and alleging EBT transaction fraud by the Plaintiff and his employees. On August 12, 2014, the Plaintiff was served with a **Notice of Termination** of the Franchise Agreement and was told to vacate the premises by 7:00 pm. The Plaintiff will suffer irreparable harm as his livelihood will be taken away.

  A Temporary Restraining Order is necessary to preserve the status quo until such time as a hearing may be held to determine if the Defendant is entitled to terminate the franchise agreement.

Respectfully submitted,
Kabeer Khan
By his attorney,

*/s/ John P. Francoeur*

John P. Francoeur, Esquire
LEVIN & LEVIN
138 Rock Street, P.O. Box 2566
Fall River, MA  02722
BBO#555973
August 12, 2014