COMMONWEALTH OF MASSACHUSETTS
COUNTY OF BRISTOL
THE SUPERIOR COURT

KABEER KHAN,

    Plaintiff,

v.

7-ELEVEN, INC.,

    Defendant.

Docket No.1473cv00851

## NOTICE OF FILING NOTICE OF REMOVAL

The defendant 7-Eleven, Inc. announces that 7-Eleven has filed attached notice of removal with the United States District Court for the District of Massachusetts.

Pursuant to 28 U.S.C.§ 1446(d), this notice effects removal and terminates all further proceedings in this Court until further notice.

Dated: August 18, 2014

    Respectfully submitted,

    7-ELEVEN, INC.,
    By its attorneys,

    _/s/ Carolyn Alenci_____
    Steven M. Cowley (BBO #554534)
    Carolyn A. Alenci   (BBO# 675744)
    DUANE MORRIS, LLP
    100 High Street, Suite 2400
    Boston, MA  02110
    Tel:  1-857-488-4200
    Fax:  1-847-488-4201
    smcowley@duanemorris.com
    remorse@duanemorris.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon John P. Francoeur, the attorney of record for Plaintiff, by email and United States First Class Mail this 18th day of August, 2014 at the following address:

John P. Francoeur, Esq.
LEVIN & LEVIN
138 Rock Street
P.O. Box 2566
Fall River, MA 02722
Email: jpf@levin4law.com

_____
Carolyn A. Alenci
Attorneys for Defendant