# EXHIBIT C



August 12, 2014

**Via Hand Delivery**
Kabeer Khan
1040 North Main Street
Fall River, MA 02720-2628

    Re:   **7-Eleven Store No. 32449B**
            **NOTICE OF TERMINATION**

Dear Mr. Khan:

Please refer to our letter that was delivered to you on Thursday, August 7, 2014.

As you know, you did not cure the breaches identified in our letter within the permitted time. Accordingly, you are reminded that the Franchise Agreement is **TERMINATED.** This termination occurred automatically and was effective at 7:00 p.m. this evening.

Because the Franchise Agreement is terminated, your license to use the Service Mark, your right to use the Trade Secrets and your lease of the Store and Equipment, has also terminated. As detailed in section 28(a) of the Franchise Agreement, you must immediately surrender the Store and Equipment and transfer to us the Store's Final Inventory along with all Receipts, Cash Register Fund, prepaid Operating Expenses, money order blanks, bank drafts, lottery tickets and Store supplies. In sum, **we demand that you quit the Store's premises and deliver possession to us of the Equipment and Inventory in strict compliance with your post-termination obligations under the Franchise Agreement.** Following our receipt of the same, we will undertake a physical audit and begin the process of settlement of your account.

No one or more of the following acts, without limitation, by 7-Eleven shall be construed as a waiver of 7-Eleven's right to terminate or reinstatement of the Franchise Agreement, the lease of the Store and Equipment, or to take any action to recover possession of the Store, Equipment and Inventory or to sue for damages:

    a.  collecting or accepting the 7-Eleven Charge;

Kabeer Khan
August 12, 2014
Page 2

    b. debiting your Open Account with the 7-Eleven Charge;
    c. continuing to allow you the use of the Store, Equipment and Inventory, Service Marks, Trade Secrets, or the 7-Eleven System; or
    d. continuing to otherwise transact business with you or on your behalf, including but not limited to, furnishing you with the various benefits and services provided for in the Agreements, including paying for your Inventory purchases.

7-ELEVEN, INC.

_____
Mary Ellen Cadigan
Market Manager

cc:   John P. Francoeur, Esq.
       Ronald E. Harding, Esq.

☐ By certified mail, return receipt requested

    Date postmarked : _____

☐ In person to _____

    Time: _____ a.m./p.m.

    Date: _____

    By: _____