UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KABEER KHAN,

.                    Plaintiff,

     v.

7-ELEVEN,  INC.,

        Defendant.

C.A. No. 1:14-cv-13384-WGY

## **NOTICE OF APPEARANCE OF STEVEN M. COWLEY**

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Steven M. Cowley of Duane Morris LLP as counsel of record for Defendant  7-Eleven, Inc. in the above-captioned matter.

Dated:  September 2, 2014

By its attorneys,

/s/ Steven M. Cowley
Steven M. Cowley (BBO #554534)
Carolyn A. Alenci   (BBO# 675744)
DUANE MORRIS,  LLP
100 High Street, Suite 2400
Boston, MA  02110
Tel:  1-857-488-4200
Fax:  1-847-488-4201
smcowley@duanemorris.com
caalenci@duanemorris.com

## <u>CERTIFICATE OF SERVICE</u>

  I Steven M. Cowley hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 2, 2014.  An additional copy of the foregoing was served by first class mail, postage prepaid on John P. Francoeur, Levin & Levin, 138 Rock Street, Fall River, Massachusetts 02722.

       */s/ Steven M. Cowley*
       Steven M. Cowley