To the Clerk:

Please enter my appearance as counsel of record for the plaintiff and defendant in counterclaims, KABEER KHAN, in the above entitled civil action.

Respectfully submitted,

THE PLAINTIFF and
DEFENDANT IN COUNTERCLAIMS,
KABEER KHAN,
By his attorney,

Dated: September 9, 2014

*John E. Pearson* (signature)

John E. Pearson, Esq.
73 State Street, Ste 101
Springfield, MA  01103
BBO # 392760
(413) 459-6391
Fax:   (413) 241-8902
pearsonjohne@comcast.net

## CERTIFICATE OF SERVICE

I, John E. Pearson, Esquire, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 9, 2014. An additional copy of the foregoing was served by first class mail, postage prepaid and by email upon John P. Francoeur, Levin & Levin, 138 Rock Street, Fall River, Massachusetts 02722, jpf@levin4law.com on September 9, 2014

Dated: September 9, 2014

_____
John E. Pearson