UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**KABEER KHAN**,

    Plaintiff,

v.                                      Case No.: 1-14-cv-13384

**7-ELEVEN, INC.**,

    Defendant.

## NOTICE OF APPEARANCE

Christian C. Burden, and the law firm of Quarles & Brady LLP, give notice of their appearance pro hac vice as counsel for Defendant 7-Eleven, Inc. and request all copies of all process, motions and pleadings be served on the undersigned.

Dated:  September 15, 2014

                                                   Respectfully submitted,

                                                   7-ELEVEN, INC.,
                                                   By its attorneys,

                                                   /s/ Christian C. Burden
                                                   Steven M. Cowley (BBO #554534)
                                                   Carolyn A. Alenci (BBO# 675744)
                                                   DUANE MORRIS, LLP
                                                   100 High Street, Suite 2400
                                                   Boston, MA  02110
                                                   Tel:  1-857-488-4200
                                                   Fax:  1-847-488-4201
                                                   smcowley@duanemorris.com
                                                   remorse@duanemorris.com

                                                   *Of Counsel*

                                                   Christian C. Burden
                                                   Quarles & Brady LLP
                                                   101 E. Kennedy Blvd., Ste. 3400
                                                   Tampa, Florida 33602
                                                   Tel: (813) 387-0265
                                                   chris.burden@quarles.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 15, 2014.

Additionally, a copy of the foregoing was sent by email and U.S. Mail to:

John P. Francoeur
Levin & Levin
138 Rock Street
Fall River, MA  02722
(jpf@levin4law.com)

/s/ Christian C. Burden<br>Attorney

2