# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **KABEER KHAN**, <br><br> Plaintiff, <br><br> v. <br><br> **7-ELEVEN, INC.**, <br><br> Defendant. | Case No.: 1-14-cv-13384 |

## CORRECTION TO SPACCAFORNO DECLARATION (DOC. 20-3)

The defendant 7-Eleven, Inc., ("7-Eleven") files this notice to correct paragraph four of the Declaration of Christian Spaccaforno (Doc. 20-3), which 7-Eleven submitted in support of 7-Eleven's motion for a preliminary injunction. The video discussed in paragraphs four through seven is from November 10, 2013, and not November 10, 2014, as stated in paragraph four.

Dated: September 22, 2014

Respectfully submitted,

7-ELEVEN, INC.,
By its attorneys,

/s/ Christian C. Burden
Steven M. Cowley (BBO #554534)
Carolyn A. Alenci (BBO# 675744)
DUANE MORRIS, LLP
100 High Street, Suite 2400
Boston, MA 02110
Tel: 1-857-488-4200
Fax: 1-847-488-4201
smcowley@duanemorris.com
remorse@duanemorris.com

*Of Counsel*
Christian C. Burden
Quarles & Brady LLP
101 E. Kennedy Blvd., Ste. 3400
Tampa, Florida 33602
Tel: (813) 387-0265
chris.burden@quarles.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 22, 2014.

Additionally, a copy of the foregoing was sent by email and U.S. Mail to:

John P. Francoeur
Levin & Levin
138 Rock Street
Fall River, MA  02722
(jpf@levin4law.com)

                                              /s/ Christian C. Burden
                                              Attorney