UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KABEER KHAN,

    Plaintiff,

v.

7-ELEVEN, INC.,

    Defendant.

C.A. No. 1:14-cv-13384-WGY

## ASSENTED TO MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), the undersigned member of the Bar of this Court moves for admission *pro hac vice* of Lindsay M. Saxe of Quarles & Brady LLP, 101 E. Kennedy Blvd., Ste. 3400, Tampa, FL 33602 to appear in this action on behalf of defendant 7-Eleven, Inc. Certification pursuant to Local Rule 83.5.3(b) for Attorney Saxe is attached hereto.

## Certification Pursuant to Local Rule 7.1(A)(2)

The undersigned counsel certifies that, before filing this motion, counsel for the Defendant conferred with counsel for the Plaintiff regarding the subject of this motion. Counsel for the Plaintiff has advised that the Plaintiff assents to this motion.

Dated: September 24, 2014

**DUANE MORRIS LLP**

*/s/ Carolyn A. Alenci*
Carolyn A. Alenci (BBO # 675744)
DUANE MORRIS LLP
100 High Street
Suite 2400
Boston, MA 02110
Tel.: (857) 488-4200
Fax: (857) 488-4201
caalenci@duanemorris.com
*Counsel for Plaintiff 7-Eleven, Inc.*

**CERTIFICATE OF SERVICE**

I, Carolyn A. Alenci, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 24, 2014. An additional copy of the foregoing was served by first class mail, postage prepaid on John P. Francoeur, Levin & Levin, 138 Rock Street, Fall River, Massachusetts 02722.

*/s/Carolyn A. Alenci*
Carolyn A. Alenci