**ATTACHMENT 1**

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5.3(b), I certify that I am admitted to, and am in good standing as a member of the Florida State Bar, the Bars of the U.S. District Court for the Middle, Southern and Northern Districts of Florida, and the U.S. Court of Appeals for the 11th Circuit. Pursuant to Local Rule 83.6 I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. In accordance with the Standing Order for District Court effective June 1, 2012, I further certify that the fee of $100.00 has been paid to the clerk of the court, or will be submitted to the clerk's office upon the filing of this motion.

Dated: September 24, 2014

/s/Lindsay M. Saxe
Lindsay M. Saxe
Quarles & Brady LLP
101 E. Kennedy Blvd., Ste. 3400
Tampa, Florida 33602
Tel: (813) 387-0265
lindsay.saxe@quarles.com