UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| |
|---|
| **KABEER KHAN,** |
| Plaintiff |
| |
| v. |
| |
| **7-ELEVEN, INC.,** |
| Defendant. |

No. 1:14-cv-13384-WGY

## NOTICE OF APPEARANCE

Kindly enter the appearance of attorney Jeffrey A. Denner as counsel of record in the above-captioned matter on behalf of plaintiff Kabeer Khan.

Dated: September 25, 2014

Respectfully submitted,
KABEER KHAN
By and through his attorneys,

 /s/ *Jeffrey A. Denner*
Jeffrey A. Denner, BBO#120520
Jeffrey Denner Associates, P.C.
Four Longfellow Place, 35th Floor
Boston, Massachusetts 02114
Tel.   617.227.2800
Fax.   617.973.1562
jdenner@dennerlaw.com

### Certificate of Service

I, Jeffrey A. Denner, hereby certify that on this the 25th day of September 2014, I caused a true copy of the foregoing *Notice of Appearance* to be served upon all necessary parties to this matter by virtue of electronically filing the same via the CM/ECF system and/or by sending paper copies via first class mail, postage prepaid, to any necessary parties who are non-registered participants, as indicated on the NEF.

 /s/ *Jeffrey A. Denner*
Jeffrey A. Denner